# Court of Appeals
# of the State of Georgia

ATLANTA, _September 13, 2013_

*The Court of Appeals hereby passes the following order:*

**A14A0040.  CERQUINCEAL JOHNSON v. THE STATE.**

Cerquinceal Johnson pled guilty to kidnapping and aggravated assault. Johnson subsequently filed a motion for a copy of the complete record, including the sentencing transcript, to investigate his entitlement to post-conviction relief. The trial court denied the motion, and Johnson filed this appeal.

"[I]f no petition for habeas corpus is pending at the time an indigent prisoner makes any application for a transcript . . . for purposes of collateral attack upon his conviction or sentence, that application will be treated as a separate civil action subject to the procedures and requirements of the Prison Litigation Reform Act of 1996. Specifically, appeals from the denial of any such application for free transcripts for post-conviction collateral attack must comply with the discretionary appeal procedures of OCGA § 5-6-35." *Coles v. State*, 223 Ga. App. 491, 492 (1) (477 SE2d 897) (1996); see OCGA § 42-12-8. Because Johnson failed to follow the discretionary appeal procedure as required here, his appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _09/13/2013_
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*